IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEIRRA BLACK, as parent and administrator of the estate of J.D., a deceased minor, ) ) ) ) | |
| Plaintiff, ) | Case No. 2019-cv-2585 |
| ) | |
| v. ) | Hon. Sara L. Ellis |
| ) | |
| The Board of Education of the City of Chicago, *et al.*, ) ) ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Teirra Black, by her attorneys, Erickson & Oppenheimer, Ltd., and defendant, Chicago Board of Education, by its attorneys, Hinshaw & Culbertson, and the individual defendants, by their attorneys, Hinshaw & Culbertson.The Plaintiff and the Board having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court orders as follows:

1. All of the claims of plaintiff, against defendants are dismissed without prejudice, with the dismissal converting to one with prejudice ninety (90) days after entry of this order, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

2. The Court retains jurisdiction to enforce the provisions of the Release and Settlement Agreement and this Agreed Order of Dismissal for ninety (90) days or until the matter is dismissed with prejudice.

September 29, 2021

_____
Hon. Sara Ellis
U. S. District Court, N.D. of Illinois

EXHIBIT A